### WILSON *v.* GOODRICH.

ERROR TO THE SUPERIOR COURT OF THE STATE OF MASSACHUSETTS.

No. 100. Argued December 20, 1878. — Decided December 23, 1878.

*Claflin* v. *Houseman*, 93 U. S. 130, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

In *Claflin* v. *Houseman*, 93 U. S. 130, we held that an assignee in bankruptcy under the Bankrupt Act of 1867, as it stood before the revision, had authority to bring suit in the state courts, whenever those courts were invested with appropriate jurisdiction suited to the nature of the case. This suit was begun March 18, 1872, before the Revised Statutes were in force. Section 5597 provides that the repeal of the acts embraced in the revision should not affect any suit or proceeding had or commenced in any civil cause before the repeal. This leaves the present case, therefore, within the rule settled in *Claflin* v. *Houseman*, and renders it unnecessary to consider whether the jurisdiction in this class of cases was taken away by the revision as to suits afterwards commenced.

*Judgment affirmed.*

*Mr. Edward Avery* for plaintiff in error.

*Mr. N. B. Bryant* for defendant in error.